# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LEOPOLDO CARDENAS, a.k.a. Leonardo Escamilla,<br>*Plaintiff*<br>v.<br><br>STEVE LOWE and KATHERINE STEELE KNOX,<br>*Defendant* | Civil Action No. 4:18-CV-5018-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The action is dismissed with prejudice as time barred under 28 U.S.C. § 2244(d) and as precluded by Lackawanna Cnty. Dist. Attorney v. Coss, 532 U.S. at 403-04.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice.

Date: 5/31/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen